05-064

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO. 05-068S

C. PEZZA AND SON, INC., ET AL

ANSWER OF DEFENDANTS

The defendants for answer to plaintiffs' complaint hereby state as follows:

FIRST DEFENSE

Defendants deny the allegations contained in paragraphs 1, 2, 4, 5, 6, 9, 12, 13 & 15.

Defendants neither admit nor deny the allegations contained in paragraphs 3, 8, 10, 11, 14, 16 & 17.

Defendants admit the allegations contained in paragraph 7.

Count I

Defendants hereby incorporate by reference their answer to paragraphs 1-17.

Defendants deny the allegations contained in paragraphs 19 & 20.

Count II

Defendants hereby incorporate by reference their answer to paragraphs 1-20.

Defendants deny the allegations contained in paragraphs 22, 23, 24 & 25.

2

Count III

Defendants hereby incorporate by reference their answer to paragraphs 1-25.

Defendants deny the allegations contained in paragraphs 27, 28, 29 & 30.

Count IV

Defendants hereby incorporate by reference their answer to paragraphs 1-31.

Defendants deny the allegations contained in paragraphs 32, 33, 34 & 35.

SECOND DEFENSE

Stamprete is not a legal entity.

THIRD DEFENSE

The defendants C. Pezza & Son, Inc. and Stamp Crete of Rhode Island Inc. are in receivership proceedings in the Rhode Island Superior Court and, therefore, plaintiffs' action is subject to and barred by those proceedings.

FOURTH DEFENSE

The defendant Stamped Concrete Inc. is not subject to any agreement with the plaintiffs and therefore plaintiffs action failed to state a claim upon which relief may be granted.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Defendants hereby claim a trial by jury.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

To: Elizabeth Wiens, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

I hereby certify I mailed a copy of the within to counsel of record listed above.

April 8, 2005

B. Brown