5/3

RECEIVED
MAY 09 2005

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO.: 05-068S

C. PEZZA AND SON, INC., ET AL

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

Plaintiffs' action against the defendants, C. Pezza & Son, Inc., Stamp Crete of Rhode Island, Inc., and Stamprete of Rhode Island, are hereby dismissed without prejudice, no costs.

Elizabeth Wiens (#6827) E. Wiens

(Plaintiff's Attorney- Printed Name) (Signature)

Thomas C. Plunkett (#1662)

(Defendant's Attorney - Printed name) (Signature)

Dated: May 2, 2005

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/10/05

X