4/9

RECEIVED
MAY 08 2006
Property of U.S. District Court
District of Rhode Island

MAY 05 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251, HSIP, ET AL

VS. C.A. NO.: 05-068S

C. PEZZA AND SON, INC., ET AL

STIPULATION

The parties stipulate the Plaintiff Teamsters Local 251, HSIP shall have until May 22, 2006 to submit responses or object to Defendants' Interrogatories and Request for Production of Documents.

Plaintiffs,
By their Attorney,

Elizabeth Wiens, #6827
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: 401-294-4700
Facsimile: 401-294-4702

Defendants,
By their Attorney

Giovanni La Terra Bellina #6070
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Telephone: 401-831-2900
Facsimile: 401-331-7123

CERTIFICATION

I hereby certify that I mailed a true copy of the within, postage pre-paid, on the 5 day of ~~April~~ May 2006 to the following:

Giovanni La Terra Bellina #6070
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/9/06