**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-068S |
| STAMPED CONCRETE, INC.<br>Defendant. | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the pre-trial discovery deadline from **May 15, 2006** to **July 15, 2006.** As reasons therefore, Plaintiffs submit that they need additional time to obtain answers and responses to their discovery requests. Also, depending on the answers to Plaintiffs' Interrogatory Answers, depositions may be necessary. Plaintiffs have conferred with Defendant's counsel and Defendant has no objection to this Motion. Plaintiffs submit that the additional sixty (60) days will provide adequate time to complete discovery.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be hand-delivered this 15 day of May, 2006 to Giovanni La Terra Bellina, Kiernan, Plunkett & Redihan, 91 Friendship St., Providence, RI 02903.

E. W[illegible]