**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 05-068S |
| STAMPED CONCRETE, INC. Defendant. | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **July 15, 2006** and all other deadlines in the pre-trial order an additional sixty days. As reasons therefore, Plaintiffs submit that they need additional time to obtain answers and responses to their discovery requests. Also, depending on the answers to Plaintiffs' Interrogatories, depositions may be necessary. Plaintiffs submit that the additional sixty (60) days for discovery will provide adequate time to complete discovery. Plaintiff's attorney has spoken to Defendant's attorney and Defendant does not object to this Motion.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed this 18 day of May, 2006 to Giovanni La Terra Bellina, Kiernan, Plunkett & Redihan, 91 Friendship St., Providence, RI 02903.