UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | FILED MAY 22 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND |
| v. | : | C.A. No. 05-068S |
| STAMPED CONCRETE, INC.<br>Defendant. | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **July 15, 2006** and all other deadlines in the pre-trial order an additional sixty days. As reasons therefore, Plaintiffs submit that they need additional time to obtain answers and responses to their discovery requests. Also, depending on the answers to Plaintiffs' Interrogatories, depositions may be necessary. Plaintiffs submit that the additional sixty (60) days for discovery will provide adequate time to complete discovery. Plaintiff's attorney has spoken to Defendant's attorney and Defendant does not object to this Motion.

GRANTED
[signature]
William E. Smith
U.S. District Judge
5/23/06