**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-068S |
| STAMPED CONCRETE, INC.<br>Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendant to respond to Plaintiffs' Interrogatories within twenty days from hearing on this motion. A copy of Plaintiffs' Interrogatories, propounded on December 20, 2005, is attached hereto. At this time, Plaintiffs have received no response to the Interrogatories. Plaintiffs also request that this Court find that Defendant has waived its objections to the Interrogatories.

Plaintiffs state that a good faith effort to resolve this discovery dispute with Defendant's counsel has been made.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed this 6 day July, 2006 by U.S. first-class mail to John La Terra Bellina, Kiernan, Plunkett & Redihan, 91 Friendship St., Providence, RI 02903.