**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 05-068S |
| STAMPED CONCRETE, INC. Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendant to respond to Plaintiffs' Interrogatories within twenty days from hearing on this motion. A copy of Plaintiffs' Interrogatories, propounded on December 20, 2005, is attached hereto. At this time, Plaintiffs have received no response to the Interrogatories. Plaintiffs also request that this Court find that Defendant has waived its objections to the Interrogatories.

Plaintiffs state that a good faith effort to resolve this discovery dispute with Defendant's counsel has been made.

7/26/06: GRANTED. USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 7/24/06