05-064 JL:SH 7/24/06

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO. 05-068S

STAMPED CONCRETE, INC.

**OBJECTION TO MOTION TO COMPEL**
**ANSWERS TO INTERROGATORIES**

Now comes the defendant, Stamped Concrete, Inc., and objects to plaintiffs' motion to compel answers to interrogatories.

Giovanni La Terra Bellina (6070)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
*e-mail: jlaterra@kprlaw.com*

To Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 24, 2006