05-064

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO. 05-068S

STAMPED CONCRETE, INC. et al

ENTRY OF APPEARANCE

I, Giovanni La Terra Bellina, hereby enter my appearance for the defendants.

GIOVANNI LA TERRA BELLINA #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

To Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: August 4, 2006