05-064

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO. 05-068S

STAMPED CONCRETE, INC.

**MOTION TO ENLARGE TIME TO FILE PRE-TRIAL MEMORANDUM**

Now comes the defendants, through counsel, and hereby move this Court for an order enlarging the pre-trial memorandum deadline to August 16, 2006. As reasons therefore, Defendants submit that counsel inadvertently assumed the memorandum could be submitted via e-filing. However, he has just it must be submitted conventionally and will not be able to do this by the close of business today when it is due. Defendants hereby request the one day enlargement of time to conventionally file the pre-trial memorandum.

/s/ GIOVANNI LA TERRA BELLINA

GIOVANNI LA TERRA BELLINA #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
E-MAIL: jlaterra@kprlaw.com

To Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: August 15, 2006

/s/ GIOVANNI LA TERRA BELLINA

GIOVANNI LA TERRA BELLINA #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
E-MAIL: jlaterra@kprlaw.com