**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 05-068S

STAMPED CONCRETE, INC.
Defendant.

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED:

Judgment is entered in favor of the Teamsters Local 251 Health Services and Insurance Plan et. al. against Stamped Concrete, Inc. for unpaid contributions, interest, and penalties pursuant to 29 U.S.C §§1132(g)(2) in the amount of $133,474.33.

Plaintiffs,
Teamsters Local 251
Health Services and Insurance Plan et. al.,
By their Attorney,

/s/ Elizabeth A. Wiens

Elizabeth A. Wiens #6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: August 28, 2006

Defendant,
Stamped Concrete, Inc.

By its Attorney,

/s/ Giovanni La Terra Bellina

Giovanni La Terra Bellina # 6070
Plunkett & Redihan
91 Friendship St.
Providence, RI 02903
(401) 831-2900
(401) 331-7123

Dated: August 28, 2006

BY THE COURT

WILLIAM SMITH
United States District Judge
Dated: 8/30/06