05-064

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HSIP, ET AL

VS. C.A. NO. 05-068S

STAMPED CONCRETE, INC.

STIPULATION

Judgment fully satisfied.

/s/ ELIZABETH A. WIENS

ELIZABETH A. WIENS 6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852

Dated: 12/21/06